IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>WILLIAM J. SANDER, REVENUE<br>OFFICER OF THE INTERNAL<br>REVENUE SERVICE<br><br>*Petitioners*,<br><br>v.<br><br>JAMES W. VANCE,<br><br>*Defendant.* | Case No. 3:09-cv-00996<br>Judge Nixon |

## ORDER

Pending before the Court is Petitioners United States of America and William J. Sander's (collectively, "Petitioners") Notice of Dismissal Without Prejudice (Doc. No. 4). Petitioners move in accordance with Rule 41 of the Federal Rules of Civil Procedure, as the Respondent provided the necessary documentation to the Internal Revenue Officer, William J. Sander, on November 30, 2009.

Accordingly, Petitioner's Motion is **GRANTED**. This case is **DISMISSED without prejudice,** and the hearing scheduled for January 15, 2010, at 10:00 a.m. is hereby CANCELLED.

It is so ORDERED.

Entered this the 18th day of December, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT